HARLEY )

MOORFIELD )

ID# 00601125 )

(Enter above the NAME of the
plaintiff in this action.) )

v. )

BLEVINS, BRYCEN )

Gott, GERALD )

_____ )

(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: <u>SCCF 555 FOREST AVE, CLIFTON TN 38425</u>

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? <u>FILED A GRIVANCE REQUESTED A 1983 CIVIL LAWSUIT PACKET A REQUETED SOMETHING TO BE DONE. TO THE OFFICERS INNVOLED.</u>

      2. What was the result? <u>THE ONLY RESULT WAS ME BEING GIVEN THE 1983 CIVIL PACKET TO FILL OUT.</u>

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

      1. What steps did you take? <u>I FILED A GRIVANCE WHICH LED ME TO FILE THIS COMPLAINT.</u>

2. What was the result? NOTHING OTHER THAN ME BEEN GIVEN A 1983 CIVIL SUIT PACKET.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: HARLEY, MICHAEL, MOORFIELD

Present address: 555 FOREST AVE, CLIFTON, TN 38425

Permanent home address: 416 ROSE ST. KINGSPORT, TN 37660

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: BLEVIN, BRYCEN

Official position: CORRECTIONAL OFFICER/CO

Place of employment: SULLIVAN COUNTY, TENNESSEE SHERIFF'S OFFICE

C. Additional defendants: GOTT GERALD C'O/CORRECTIONAL-OFFICER

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I HARLE, MOORFIELD AM CURRENTLY SERVING TIME IN TDOC AND I HAVE PENDING CHARGES IN SULLIVAN COUNTY, TN THA IM FIGHTIN.

3

I had a court date on Dec. 12TH. So I was transported to the county in question. Once I got there on a Fryday. The following morning which was on a Saturday. Incident date 12/06/25. Ap 11:45 AM there was an incident with me and the officers in question. I was placed in handcuffs due to the incident. The booking SGT. Carver ordered the officers to take me to medical sure I was ok which they did. Officers Blevins and Gott one arm on either side. And escorted me to medical. On my way to medical the first left we made goin through the double doors to the elevator. As soon as we made the first left. Officers Blevins and Gott who were still escorting me holding my arms on either side. Shoved me against the wall and helped me there as they assaulted me. Officer Gott the one who held me against the wall as officers Blevins punched me in the face repeatedly in the face. As I was still being detained in handcuffs. I don't recall exactly how many times I perceive may be once or twice. Basiclly I was assaulted as I was held against my will and the whole incident is on camera. In the Suvillian County Jail. Approx @ 11:45. AM on 12-06-25 Harley Mcofifield

4

ON The ABove DAte of this INCiDent After I was held Against my will AND ASSAulted. I was Asking For Help From other officers to come to my AiD to ASSiSt ME But I was Ignored. The more I Yelled The more They Tried to hurt ME. ONce we made It Back to Booking where, The InciDent First took place. I told SGT. carver what had happend She laughed At ME AND said for me to Shut up Before She comes over And smacks me IN my FACe Too, I could here The other Booking officers Laughing And making Jokes About how Good he (officer - BLevins) Got me. AND I heard them say that I was Stupid To know how To File A Lawsuit ANY way So he was good.
I dont Recall Which officer that was, But What I can prove AND what I know IS on camera They NeeD to be held Accountable For their corruption Because I am Not the only this happens too.

Incident # SC2505334  Harley Moorefield

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I WOULD Like for whoever Needs To Be HeLD Accountable For This INciDeNt To Be HeID ACCOUNTABLE. BLEVINS' JOB THE STATE HAS HELD ME ACCOUNTAble. ALL MY LIFE for The Actions that I'VE DONE AND LAW ENForcement ShouLDNt No Different. AND I'M Requesting punitive DAmages for Mental Pain and Suffering Anguish & Being PhysICALLY ASSAULteD.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Harley Moorefield_ day of ___7 - 14___, 20_26_.

_Harley moorfield_
Signature of plaintiff(s)



5